UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OLIVER HARRISON,

    Plaintiff.

v.

CITY AND COUNTY OF SAN FRANCISCO, et al.,

    Defendants.

Case No. 13-cv-05843-JCS

**ORDER TO SHOW CAUSE**

On August 15, 2014, a further case management conference was held before this Court in the above-entitled case.

IT IS HEREBY ORDERED that Plaintiff appear on **August 29, 2014, at 2:00 p.m.,** before Magistrate Judge Joseph C. Spero, in Courtroom G, 15th Floor, 450 Golden Gate Avenue, San Francisco, California, and then and there to show cause why Defendant Louise Brooks Houston should not be dismissed from this action for Plaintiff's failure to serve Defendant Louise Brooks Houston.

IT IS SO ORDERED.

Dated: August 18, 2014

                                          JOSEPH C. SPERO
                                          United States Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OLIVER HARRISON,<br><br>    Plaintiff,<br><br>    v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>    Defendants. | Case No. 13-cv-05843-JCS<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on 8/18/2014, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Oliver Harrison
647 Masonic Avenue
San Francisco, CA 94117

Dated: 8/18/2014

Richard W. Wieking
Clerk, United States District Court

By:_____
Karen Hom, Deputy Clerk to the
Honorable JOSEPH C. SPERO