Gregory S. Walston, State Bar No. 196776
WALSTON & ASSOCIATES
315 Montgomery Street, Suite 900
San Francisco, California 94104
Telephone: (415) 956-9200
Facsimile: (415) 956-9205
Email: gwalston@walstonlaw.com

ATTORNEYS FOR PLAINTIFF

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OLIVER HARRISON,<br><br>Plaintiff,<br><br>v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.<br><br>Defendants. | Case No. CV 13 5843 JCS<br><br>**STIPULATION DISMISSING PART OF ACTION UNDER FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)** |

Plaintiff's complaint seeks relief under 42 U.S.C. § 1983. It also seeks a writ of mandate under section 1985 of the California Code of Civil Procedure.

Plaintiff hereby dismisses his claims for a mandate under section 1985 of the California Code of Civil Procedure under Federal Rule of Civil Procedure 41(a)(1)(A). Plaintiff hereafter seeks relief solely under 42 U.S.C. § 1983.

It is so stipulated.

Dated: November 20 2014

LISA B. BERKOWITZ
Attorney for Defendants

Dated: November 21, 2014

GREGORY S. WALSTON
Attorney for Plaintiff

Dated: 12/3/14

*IT IS SO ORDERED*
Judge Joseph C. Spero
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

- 1 -

Harrison v. CCSF, et al.